IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LATRELLE GLASS

    Plaintiff,

v

ANTHONY A. LEMARQUE et al.

    Defendants.

Case No: C 04-4007 CW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on <u>May 10, 2007</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

    ☒ Other: California Department of Corrections

(2) The following individuals, parties, and/or representatives did not appear:

_____

_____

(3) The outcome of the proceeding was:

    ☒ The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on or before June 15,

2007.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: May 16, 2007

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Glass, | No. C 04-4007 CW |
| v. | CERTIFICATE OF SERVICE |
| Lemarque. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Robert Latrelle Glass**
J-36237
California State Prison - Sacramento
Prison Road
P.O. Box 29-0066
Represa, CA 95671

RICHARD W. WIEKING, CLERK

By:_____
    Deputy Clerk

3