1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5975
    Fax: (415) 703-5843
8   Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Lamarque, Mantel, Manuel,
   Treadwell, Caden, Monteiro, and Batchelor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT LATRELLE GLASS,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHONY LAMARQUE; EDWARD CADEN; J. BATCHELOR; D. M. MANTEL; M. TREADWELL; RICK MANUEL; M. P. MONTEIRO; AND DOES 1 THROUGH 60, INCLUSIVE,<br><br>  Defendants. | C 04-4007 CW (PR)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF MOTION FOR ORDER COMPELLING DEFENDANTS TO COMPLY WITH THE STIPULATION AND ORDER OF DISMISSAL AND ISSUE PLAINTIFF'S SETTLEMENT CHECK |

Plaintiff Robert Latrelle Glass (Plaintiff) and Defendants Lamarque, Mantel, Manuel, Treadwell, Caden, Monteiro, and Batchelor (Defendants) reached a full and final settlement of this action on May 10, 2007. Plaintiff has received the settlement funds in this case. Plaintiff has agreed to withdraw his Motion for Order Compelling Defendants to Comply with the

///

///

Stipulation and Order of Dismissal and Issue Plaintiff's Settlement Check filed on December 10, 2007. (Ct. Docket 57.)

IT IS SO STIPULATED.

Dated: 12/21/07

ROBERT LATRELLE GLASS, PLAINTIFF

Dated: _____

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendants Lamarque, Mantel, Manuel, Treadwell, Caden, Monteiro, and Batchelor

ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Order Compelling Defendants to Comply with the Stipulation and Order of Dismissal and Issue Plaintiff's Settlement Check filed on December 10, 2007 is dismissed. (Ct. Docket 57.)

IT IS SO ORDERED.

Dated: _____

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

| | |
|---|---|
| 1 | Stipulation and Order of Dismissal and Issue Plaintiff's Settlement Check filed on December 10, |
| 2 | 2007. (Ct. Docket 57.) |
| 3 | |
| 4 | IT IS SO STIPULATED. |
| 5 | |
| 6 | Dated: _____   ROBERT LATRELLE GLASS, PLAINTIFF |

Dated: 12/21/07   /s/ Trace O. Maiorino
TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendants Lamarque, Mantel, Manuel, Treadwell, Caden, Monteiro, and Batchelor

ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Order Compelling Defendants to Comply with the Stipulation and Order of Dismissal and Issue Plaintiff's Settlement Check filed on December 10, 2007 is dismissed. (Ct. Docket 57.)

IT IS SO ORDERED.

Dated: 1/3/07   /s/ Claudia Wilken
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

Stip. & [Prop.] Order Dismissal

Robert Latrelle Glass v. Lamarque, et al.
C 04-4007 CW (PR)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Robert Latrelle Glass v. Lamarque, et al.**

No.:   **C 04-4007 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 21, 2007**, I served the attached

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF MOTION FOR ORDER COMPELLING DEFENDANTS TO COMPLY WITH THE STIPULATION AND ORDER OF DISMISSAL AND ISSUE PLAINTIFF'S SETTLEMENT CHECK**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Robert Latrelle Glass, J-36237**
**California State Prison, Sacramento**
**P.O. Box 290066**
**Represa, CA 95671-0066**
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 21, 2007**, at San Francisco, California.

| T. Oakes | _[signature]_ |
|---|---|
| Declarant | Signature |

40199951.wpd